IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**ROCKY A. COWGER,**

**Plaintiff,**

**v.**

**MICHAEL J. ASTRUE,**
**COMMISSIONER OF SOCIAL SECURITY,**

**Defendant.**                                                   **No.10-523-DRH**

<u>**ORDER**</u>

**HERNDON, Chief Judge:**

Before the Court is Defendant's Motion for Extension of Time to File Defendant's Answer (Doc. 14). Specifically, Defendant seeks an extension of time up to and including January 4, 2011 in which to file his Answer as he is currently awaiting a suggested answer from the General Counsel's office in Chicago. The Court notes that Defendant had previously filed a motion for extension of time to file his Answer, requesting an extension of up to and including December 6, 2010 (Doc. 13). That motion is also currently pending before the Court and given Defendant's second request for extension of time, the Court deems the first motion (Doc. 13) **MOOT**. Based on the reasons set forth in the motion, the Court **GRANTS** Defendant's Motion

for Extension of Time to File Defendant's Answer (Doc. 14).  Defendant will have up to and including **January 4, 2011** in which to file his Answer.

**IT IS SO ORDERED.**

Signed this 3rd day of December, 2010.

David R. Herndon
2010.12.03
16:30:40 -06'00'

**Chief Judge**
**United States District Court**